142 So. 924

## T. J. NUNLEY v. STATE.
### 8 Div. 618.

Court of Appeals of Alabama.
May 24, 1932.

BRICKEN, P. J.
Affirmed.

148 So. 923

## Edward NUNNELLEY v. STATE.
### 6 Div. 485.

Court of Appeals of Alabama.
May 9, 1933.

SAMFORD, Judge.
Affirmed.

141 So. 924

## G. M. OGLETREE v. STATE.
### 6 Div. 151.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Appeal dismissed.

141 So. 924

## T. P., alias Tip, O'REAR v. STATE.
### 6 Div. 171.

Court of Appeals of Alabama.
May 10, 1932.

SAMFORD, J.
Appeal dismissed.

148 So. 923

## J. L. ORR v. ASSOCIATED INVESTMENT CO.
### 6 Div. 360.

Court of Appeals of Alabama.
June 6, 1933.

Amzie G. Barber, of Birmingham, for appellant.
Wm. H. Ellis, of Birmingham, for appellee.

SAMFORD, Judge.
Appeal dismissed.

139 So. 921

## Robert OSBORN v. STATE.
### 8 Div. 340.

Court of Appeals of Alabama.
Feb. 9, 1932.

BRICKEN, P. J.
Affirmed.

144 So. 925

## Horace OWENS v. STATE.
### 4 Div. 889.

Court of Appeals of Alabama.
Nov. 15, 1932.

RICE, J.
Appeal dismissed.

139 So. 921

## John OWENS v. STATE.
### 7 Div. 789.

Court of Appeals of Alabama.
Jan. 14, 1932.

PER CURIAM.
Abated by death of appellant.